IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CIVIL ACTION NO._____ |
|---|---|---|
| | * | |
| | * | |
| VS. | * | JUDGE _____ |
| | * | |
| | * | |
| ROIE RAY PRATHER | * | MAGISTRATE JUDGE_____ |

## COMPLAINT

The United States of America ("Plaintiff") for the Farmers Home Administration ("FmHA") now known as Farm Service Agency (FSA) of the United States Department of Agriculture, through William D. O'Regan III as Attorney for the United States of America, for its cause of action alleges:

1.

Jurisdiction in this action is predicated on 28 U.S.C. § 1345.

2.

Plaintiff is the holder in due course and owner of those certain promissory notes ("Notes") made payable to the order of FSA by Roie Ray Prather and Betty Clark Prather described as follows:

| DATE | TYPE | FACE AMOUNT | INTEREST RATE |
|---|---|---|---|
| 8-6-2003 | EM(43-05) | $102,700.00 | 3.75% |
| 8-6-2003 | OL (44-06) | $156,500.00 | 2.75% |
| 8-6-2003 | EM (43-07) | $167,560.53 | 3.75% |

Copies of each Note are attached as **Exhibits #1** in globo.

3.

In order to secure their payment of the Notes, Roie Ray Prather and Betty Clark Prather executed in authentic form an act of mortgage ("Mortgage") covering the property more fully described therein dated and filed for record in the mortgage records of St. Landry Parish, Louisiana, as follows:

| DATE | REGISTRY NO. | MORTGAGE BOOK/PAGE |
|---|---|---|
| 8-6-2003 | 910697 | 1166/726 |

and in Acadia Parish, Louisiana, as follows:

| DATE | REGISTRY NO. | MORTGAGE BOOK/PAGE |
|---|---|---|
| 8-6-2003 | 717122 | 667/145 |

A copy of the Mortgage is attached as **Exhibit #2**.

4.

In order to further secure payment of the Notes, Roie Ray Prather and Betty Clark Prather, executed a Security Agreement granting to Plaintiff a security interest in all livestock, including 45 cows and 1 bull, together with all increases, replacements, substitutions and additions thereto, perfected by UCC-IF filed on August 6, 2003, #05-031859, subject to continuation filed July 15, 2013, at #05131515, attached as **Exhibit #3**, in globo.

5.

Roie Ray Prather and Betty Clark Prather were divorced by Judgment of Divorce dated August 27, 2004, in the 12th Judicial District Court, Parish of Avoyelles, #2003-5360 "B".

5

6.

By Community Property Settlement dated August 27, 2004, Betty Clark Prather conveyed all of her interest in the property and cattle encumbered by the Mortgage (2) and Security Agreement (3) to Roie Ray Prather, Sr..

7.

Tracts 3, 5.059 acres, and 4, 2.357 acres, in Acadia Parish, were released from the mortgage by Partial Release dated July 25, 2006.

8.

Tract 2, 8 acres in Acadia Parish, were released from the mortgage by Partial Release dated May 9, 2016.

9.

Defendant, Roie Ray Parther, is in default on payment due under the Notes, the entire balance is now due and payable as a result of acceleration of maturity of the unpaid principal and interest by Plaintiff or by virtue of the terms for payment of the Notes, and all conditions precedent to the commencement of this action have been satisfied.

10.

There is presently due and outstanding under the Notes unpaid principal and interest accrued to July 31, 2016, in the following amounts:

| UNPAID PRINCIPAL | INTEREST |
| --- | --- |
| $314,835.50 | $74,397.64 |

**WHEREFORE, PLAINTIFF PRAYS** for judgment in its favor against Defendant, **in rem** only and not in personam, for the amount(s) due and owing Plaintiff as set forth in Paragraph 10 above, plus additional interest to which Plaintiff may be entitled and all costs of this action;

*******

**PLAINTIFF FURTHER PRAYS** that the Mortgage and Security Interest be recognized and maintained upon the property subject to the Mortgage and Security Interest, and that said property be sold, **without appraisal** and according to law, at public auction to the highest bidder, and that out of the proceeds of said sale the Plaintiff be paid in preference and priority to all other persons whosoever the amount of its claim in accordance with the terms of the Mortgage and Security Agreement, and that the amount realized from said sale be credited **pro tanto** upon the amount of the judgment herein; and

**PLAINTIFF FURTHER PRAYS** for all order and decrees necessary in the premises, and for all general and equitable relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

UNITED STATES OF AMERICA

BY: /s/William D. O'Regan, III
William D. O'Regan III
1107 Main Street
Laplace, LA   70068
Bar Roll Number:   10231

7